UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ROMESICA REED O/B/O Z.J.S.** | **CIV. ACTION NO. 3:23-01172** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **MARTIN O' MALLEY, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 14] having been considered, and no objection having been filed thereto,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the converted motion for summary judgment [Doc. Nos. 10, 13] filed by Defendant Martin O' Malley, Commissioner, Social Security Administration, is **GRANTED**, and judgment is hereby entered in favor of said Defendant **DISMISSING WITH PREJUDICE** Plaintiff Romesica Reed's Complaint [Doc. No. 1] brought on behalf of Z.J.S.  FED. R. CIV. P. 56.

Monroe, Louisiana, this 8th day of April 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE